## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAN SHARIFI,

     Plaintiff,

v.                                                           Case No.  8:11-cv-959-T-30AEP

MERCEDES-BENZ FINANCIAL SERVICES
USA LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice and Without Costs or

Attorneys' Fees (Dkt. #10).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice and without fees or costs to either party.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-959.dismiss 10.wpd